IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERYL BARRETT-BOWIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CV-4343-M (BF) |
| | § | |
| AMERIDREAM EDUCATIONAL CONCEPTS, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 26, 2014, and the Plaintiff's Objections thereto, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Plaintiff's Objections are overruled.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants Select Portfolio Servicing, Inc. and Merrill Lynch & Co., Inc.'s motions for summary judgment (Doc. 48 & 49) are GRANTED, and all of Plaintiff's claims and causes of action against these Defendants are DISMISSED with prejudice.

**SO ORDERED** this 24th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS